THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THE GRANITE STATE PROVIDENT ASSOCIATION et al., Defendants; DAVID A. TAGGART, as Assignee, Appellant.

Reported below, 41 App. Div. 257.
(Submitted October 2, 1899; decided October 10, 1899.)

MOTION to place upon the present calendar an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 29, 1899, modifying, and affirming as modified, a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that the appeal is entitled to a preference under subdivision 1, section 791, Code of Civil Procedure, it being an action brought by the People.

*John C. Davies, Attorney-General,* for motion.

No one opposed.

Motion granted, without costs.